**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **WAVE LINX LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**ZIFF DAVIS, INC.,**<br><br>　　　　　Defendant. | Civil Action No.: 1:22-cv-01098-GBW<br><br>**TRIAL BY JURY DEMANDED** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Now comes Plaintiff Wave Linx LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all of the claims asserted against Defendant Ziff Davis, Inc. in the within action WITHOUT PREJUDICE. Ziff Davis, Inc. has not served an answer or a motion for summary judgment.

Dated: October 6, 2022　　　　　　　　　　　CHONG LAW FIRM PA

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jimmy Chong*
　　　　　　　　　　　　　　　　　　　　　　　Jimmy Chong (#4839)
　　　　　　　　　　　　　　　　　　　　　　　2961 Centerville Road – Suite 350
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19808
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 999-9480
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 800-1999
　　　　　　　　　　　　　　　　　　　　　　　Email: patent@chonglawfirm.com

　　　　　　　　　　　　　　　　　　　　　　　Andrew S. Curfman (*Pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　SAND, SEBOLT & WERNOW CO., LPA
　　　　　　　　　　　　　　　　　　　　　　　Aegis Tower – Suite 1100
　　　　　　　　　　　　　　　　　　　　　　　4940 Munson Street NW
　　　　　　　　　　　　　　　　　　　　　　　Canton, Ohio 44718
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (330) 244-1174
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (330) 244-1173
　　　　　　　　　　　　　　　　　　　　　　　Andrew.Curfman@sswip.com

　　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF